IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00127 |
| | ) | Judge Trauger |
| WILLIAM LEMONT MILLER | ) | |
| | ) | |

**O R D E R**

A hearing was held on August 30, 2012 on the Petition to Revoke Pretrial Release (Docket No. 156). The defendant pleaded guilty to Violations 2-5, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the following condition shall be added to the defendant's conditions of pretrial release: The defendant shall be housed at the Diersen Charities Halfway House pending sentencing.

The defendant has been detained pending a disposition of this Petition. He shall remain detained until he is able to be transferred to Diersen Charities.

It is so **ORDERED**.

ENTER this 31st day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge