## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00127 |
| | ) | Judge Trauger |
| WILLIAM LEMONT MILLER | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that, by agreement, the sentencing scheduled for August 30, 2012 is **RESET** for February 25, 2013 at 2:00 p.m..

It is so **ORDERED**.

ENTER this 31st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge