IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00127 |
| | ) | Judge Trauger |
| WILLIAM LEMONT MILLER | ) | |
| | ) | |

**O R D E R**

A further hearing on the Petition to Revoke Supervision was held on October 11, 2012. The court finds the violation set out in the Petition (Docket No. 175) **ESTABLISHED**. The sanction for this violation is that the defendant is hereby **ORDERED** to live with his grandmother, Mary Johnson, until he is sentenced, unless his probation officer approves another living arrangement for him.

It is so **ORDERED**.

ENTER this 12th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge