# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00127 |
| | ) | Judge Trauger |
| WILLIAM LEMONT MILLER | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that a revocation hearing will be held on Thursday, September 26, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 23rd day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge