IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 10/10/13 at 1:30 p.m.

UNTED STATES OFAMERICA ]
]
]
v. ] No. 3:08-CR-00127
] JUDGE TRAUGER
]
WILLIAM LEMONT MILLER ]

## MOTION TO CONTINUE HEARING

Comes now the defendant, William Miller, through counsel and respectfully moves the Court to continue the Supervised Release Revocation Hearing in this case which is set for September 26, 2013. Counsel for the defendant requires additional time to evaluate the case. Mr. Miller also has pending state charges related to the allegations of this violation. Counsel is hopeful to work out a resolution with regard to these cases and needs additional time to discuss these matters with the government. Counsel for the defendant has discussed this continuance with the attorney for the government and the government is unopposed to this motion. Defendant asserts that a consideration of the issues stated herein demonstrates that granting the defendant's request for a continuance would serve the interests of justice. Counsel would respectfully request a continuance of at least a week to try to resolve these cases.

Respectfully submitted,

 s/ Kelly D. Young
KELLY D. YOUNG, 026681
1308 Rosa L. Parks Blvd.
Nashville TN 37208
(615) 254-0202