IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 11/14/13 at 1:30 p.m.

| UNTED STATES OFAMERICA | ] | |
| --- | --- | --- |
| | ] | |
| v. | ] | No. 3:08-CR-00127 |
| | ] | JUDGE TRAUGER |
| WILLIAM LEMONT MILLER | ] | |

## MOTION TO CONTINUE HEARING

Comes now the defendant, William Miller, through counsel and respectfully moves the Court to continue the Supervised Release Revocation Hearing in this case which is set for October 25, 2013. As the Court is aware, Mr. Miller also has pending state charges related to the allegations of this violation, as well as, a pending state probation violation. Counsel is hopeful to work out a global resolution with regard to these. Counsel has spoken with the district attorney handling Mr. Miller's state cases and because of both the Judicial and DA conferences the soonest Mr. Miller's case could be set on a docket is October 30, 2013. Counsel is hopeful that on this date a resolution will be reached on Mr. Miller's state matters and, as a result, an agreement can be reached on this supervised release violation. Counsel for the defendant has discussed this continuance with the attorney for the government and the government is unopposed to this motion.