IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00127 |
| | ) | Judge Trauger |
| WILLIAM LEMONT MILLER | ) | |
| | ) | |

**O R D E R**

A hearing was held on November 14, 2013 on the Petition to Revoke Supervision. (Docket No. 193) The defendant pled guilty to violating a state law, and the court finds the violation alleged in the Petition **ESTABLISHED**. The court defers the sanction for this violation until a hearing to be held on May 23, 2014 at 1:30 p.m.

It is further **ORDERED** that the defendant shall be returned to state custody immediately so that he may deal with the pending state charges and with the pending state probation violation. Defense counsel shall consult with the United States Marshal and with the defendant's state counsel and secure the issuance of a writ by the state, if that is necessary.

It is so **ORDERED**.

ENTER this 14th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge